IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 8:12CV134 |
| vs. | ) ) | ORDER |
| AMANDA M. WATKINS, et al., | ) ) | |
| Defendants. | ) | |

This matter is before the court on the Answer of Defendants Watkins, Buhrdorf, Lowman, and Olson and Request and Motion for Place of Trial in Lincoln (Filing No. 20). The filing contains the four defendants' answer to the complaint and a motion to change the place of trial. The court will address the Motion for Place of Trial in Lincoln as a separately filed motion. The plaintiff and the defendant Linda E. Martin shall have until **May 29, 2012**, to file a response to the request to change the place of trial.

**IT IS SO ORDERED.**

DATED this 10th day of May, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge