## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MINNESOTA LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:12CV134** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **AMANDA M. WATKINS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the Answer of Defendants Watkins, Buhrdorf, Lowman, and Olson and Request and Motion for Place of Trial in Lincoln (Filing No. 20). The filing contains the four defendants' answer to the complaint and a motion to change the place of trial. The court gave the other parties until May 29, 2012, to file a response. **See** Filing No. 21. The plaintiff did not respond. The defendant Linda E. Martin does not oppose a change in the place of trial to Lincoln, Nebraska. **See** Filing No. 22.

In determining the place of trial, "a judge considers the convenience of the litigants, witnesses, and attorneys." NECivR 40.1(b)(1). After reviewing the materials submitted by the parties at this time, the court finds that, upon consideration of all factors pursuant to the local rules, the place of trial should be Lincoln, Nebraska. Upon consideration,

**IT IS ORDERED:**

1. The defendants' Motion for Place of Trial in Lincoln (Filing No. 20) is granted.

2. The Clerk of Court shall present this case to the Chief Judge for reassignment, in accordance with NEGenR 1.4(a)(2) and (3), to one of the participating judges from the docket for which this case would be assigned on a random basis if it had originally been filed in Lincoln, Nebraska.

3. The Clerk of Court shall amend the docket in this matter to reflect the place of trial is Lincoln, Nebraska.

DATED this 30th day of May, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge