IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY<br>400 North Robert Street<br>St. Paul, Minnesota 55101,<br><br>      Interpleader Plaintiff,<br><br>v.<br><br>Amanda M. Watkins, Paula K. Buhrdorf, Melody C. Lowman, Cindy L. Olson, and Linda E. Martin.<br><br>      Defendants. | CIVIL ACTION NO. 8:12-CV-00134<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

This matter comes before the Court upon Filing No. 29, the Joint Stipulation for Dismissal with Prejudice. After considering that Stipulation,

**IT IS HEREBY ORDERED** that the Joint Stipulation for Dismissal with Prejudice is approved; this case is dismissed in the manner set forth below:

1. All claims presented by the Complaint in this action shall be, and are, dismissed with prejudice as to the Defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure; and

2. Each party shall bear its own costs and attorneys' fees, except as may be provided in the confidential Settlement Agreement with which the parties have agreed to comply.

Dated this 11th day of September, 2012.

                                              BY THE COURT:

                                              */s/ Warren K. Urbom*

                                              United States Senior District Judge